UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

---

In Re:

Robert McKenzie
Cynthia McKenzie

Debtor

Chapter 13
Bky. Case No. 07-35069-GFK

**NOTICE OF WITHDRAWAL**

---

TO: THE CLERK OF COURT AND ALL OTHER PARTIES IN INTEREST SPECIFIED IN LOCAL RULE 9013-3.

**PLEASE TAKE NOTICE** that Everhome Mortgage Company, by its undersigned attorney, hereby withdraws its motion for relief from stay hearing which was scheduled in the above matter for March 30, 2010 at 10:30 a.m.

Dated: March 30, 2010

Shapiro, Nordmeyer & Zielke, LLP
Attorneys for Movant

By: /e/ LAWRENCE P. ZIELKE
LAWRENCE P. ZIELKE (152559)
7300 Metro Blvd., Suite 390
Edina, MN 55439-2306
Telephone (952) 831-4060

07-35069-GFK

## SWORN CERTIFICATE OF SERVICE

**STATE OF MINNESOTA** )
                                      ) SS
**COUNTY OF HENNEPIN** )

I, Lori Wirth says that on March 30, 2010, I mailed and via CM/ECF emailed copies of the annexed Notice of Withdrawal on the following interested parties at their last known address, by mailing to them, via first class mail, a copy thereof, enclosed in an envelope, postage prepaid and by depositing the same in the post office at Burnsville, Minnesota.

Robert and Cynthia McKenzie
4332 340th Ave.
Foley, MN 56329

Robert Hoglund, Esq. – Via CM/ECF Email

Kyle Carlson, Trustee – Via CM/ECF Email

US Trustee – Via CM/ECF Email

_____
Lori Wirth

Subscribed and sworn to before me
March 30, 2010.

_____
Notary



BRYAN NEIL QUAMMEN
Notary Public-Minnesota
My Commission Expires Jan 31, 2011